```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
WILLIAM SALAMANCA                              :
individually and on behalf                     :
of all others similarly situated,              :
                                               :
              Plaintiff,                       :
                                               :
       v.                                      :    ORDER
                                               :    19-CV-1335 (WFK) (SIL)
"ABC CORPORATION," name of the                 :
corporation being fictitious and unknown       :
to plaintiff, d/b/a GREEN VALLE                :
TREE SERVICE, et al.                           :
                                               :
              Defendants.                      :
------------------------------------------------------X
```

**WILLIAM F. KUNTZ, II, United States District Judge:**

On July 15, 2021, the Honorable Magistrate Judge Steven I. Locke filed a Report and Recommendation ("R&R") recommending this Court grant in part and deny in part Plaintiff's Motion for Default Judgment. ECF Nos. 19, 22. Objections to the R&R were due by July 29, 2021, and to date, no objection has been filed.

In reviewing a report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where no objections have been filed, the Court reviews a report and recommendation for clear error. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007) (Garaufis, J.). The Court finds no such error here. Accordingly, the Court adopts the R&R in its entirety.

        **SO ORDERED.**

        s/ WFK
        _____

Dated: July 30, 2021        HON. WILLIAM F. KUNTZ, II
      Brooklyn, New York      UNITED STATES DISTRICT JUDGE